USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTIAN CASTILLO,                                       :
                                                          :
                              Plaintiff,                  :
                                                          :
       -against-                                          :   20-cv-2085 (VEC)
                                                          :
SKANSKA INC., SKANSKA USA INC.,                           :   ORDER
SKANSKA MOYNIHAN TRAIN BUILDERS A                         :
JOINT VENTURE, AMTRAK A/K/A                               :
NATIONAL RAILROAD PASSENGER                               :
CORPORATION D/B/A AMTRAK, EMPIRE                          :
STATE DEVELOPMENT CORPORATION,                            :
RELATED CONSTRUCTION LLC, VORNADO                         :
REALTY TRUST, MOYIHAN TRAIN HALL                          :
DEVELOPER LLC, NEW YORK AND NEW                           :
JERSEY PORT AUTHORITY, METROPOLITAN                       :
TRANSPORTATION AUTHORITY,                                 :
METROPOLITAN TRANSPORTATION                               :
AUTHORITY CONSTRUCTION COMPANY,                           :
CITY OF NEW YORK, NEW YORK CITY                           :
DEPARTMENT OF TRANSPORTATION, NEW                         :
YORK CITY DEPARTMENT OF DESIGN AND                        :
CONSTRUCTION, AND NEW YORK CITY                           :
TRANSIT AUTHORITY,                                        :
                              Defendants.                 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the parties are scheduled to appear before the Court for a pretrial conference on October 2, 2020, at 10:00 a.m.;

   IT IS HEREBY ORDERED that the conference will be held as a teleconference. The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 2085#.

**SO ORDERED.**

Date:  October 1, 2020
       New York, New York

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**