USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHRISTIAN CASTILLO,                                      :
                                                        :
                              Plaintiff,                 :
                                                        :
                  -against-                              :          20-cv-2085 (VEC)
                                                        :
SKANSKA INC., SKANSKA USA INC.,                         :          ORDER
SKANSKA MOYNIHAN TRAIN BUILDERS A                      :
JOINT VENTURE, AMTRAK A/K/A                             :
NATIONAL RAILROAD PASSENGER                             :
CORPORATION D/B/A AMTRAK, EMPIRE                        :
STATE DEVELOPMENT CORPORATION,                          :
RELATED CONSTRUCTION LLC, VORNADO                      :
REALTY TRUST, MOYIHAN TRAIN HALL                        :
DEVELOPER LLC, NEW YORK AND NEW                         :
JERSEY PORT AUTHORITY, METROPOLITAN:
TRANSPORTATION AUTHORITY,                               :
METROPOLITAN TRANSPORTATION                             :
AUTHORITY CONSTRUCTION COMPANY,                        :
CITY OF NEW YORK, NEW YORK CITY                         :
DEPARTMENT OF TRANSPORTATION, NEW                      :
YORK CITY DEPARTMENT OF DESIGN AND                     :
CONSTRUCTION, AND NEW YORK CITY                         :
TRANSIT AUTHORITY,                                      :
                              Defendants.               :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared before the Court for a conference on October 2, 2020;

        IT IS HEREBY ORDERED that Plaintiff must file an amended complaint adding Munoz

Engineering & Land Surveying PC as a Defendant not later than **October 9, 2020**.

        IT IS FURTHER ORDERED that, assuming Plaintiff has successfully served Munoz

Engineering in advance of this date, the parties must appear for a teleconference before the Court

on **October 30, 2020, at 2:00 p.m.**  The parties may dial-in to the proceeding using (888) 363-

4749 // Access code: 3121171# // Security code: 2085#.  To the extent Plaintiff has not been able

2

to serve Munoz Engineering, Plaintiff must inform the Court not later than **October 27, 2020**,

and request an adjournment of the conference until such time as service has been effected.

IT IS FURTHER ORDERED that the parties' existing discovery deadlines are adjourned

*sine die*.  The Court will set an amended discovery schedule at the October 30 conference.


**SO ORDERED.**

**Date:  October 2, 2020                                             VALERIE CAPRONI**
**           New York, New York                              United States District Judge**