USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CHRISTIAN CASTILLO,

                          Plaintiff,

        -against-                      20-cv-2085 (VEC)

SKANSKA INC., SKANSKA USA INC.,        ORDER
SKANSKA MOYNIHAN TRAIN BUILDERS A
JOINT VENTURE, AMTRAK A/K/A
NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK, EMPIRE
STATE DEVELOPMENT CORPORATION,
RELATED CONSTRUCTION LLC, VORNADO
REALTY TRUST, MOYIHAN TRAIN HALL
DEVELOPER LLC, NEW YORK AND NEW
JERSEY PORT AUTHORITY, METROPOLITAN
TRANSPORTATION AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY CONSTRUCTION COMPANY,
CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, NEW
YORK CITY DEPARTMENT OF DESIGN AND
CONSTRUCTION, NEW YORK CITY TRANSIT
AUTHORITY, AND MUNOZ ENGINEERING &
LAND SURVEYING, D.P.C.,
                          Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear before the Court for a pretrial conference on November 13, 2020, at 2:00 p.m.; and

      WHEREAS Defendant Munoz Engineering & Land Surveying, D.P.C. has not yet appeared in this case;

      IT IS HEREBY ORDERED that the conference is ADJOURNED *sine die* until such time as Defendant Munoz Engineering has either entered an appearance and responded to the Second Amended Complaint or is in default. In the interim, defense counsel is required to update the

Court to the extent it obtains any additional information indicating that Defendant Amtrak is not a proper party to this case.

**SO ORDERED.**

Date:  November 12, 2020
       New York, New York

_____
       **VALERIE CAPRONI**
       **United States District Judge**