```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTIAN CASTILLO,                                          :
                                                             :
                                    Plaintiff,               :
                                                             :
                  -against-                                  :     20-cv-2085 (VEC)
                                                             :
SKANSKA INC., SKANSKA USA INC.,                              :     ORDER
SKANSKA MOYNIHAN TRAIN BUILDERS A                            :
JOINT VENTURE, AMTRAK A/K/A                                  :
NATIONAL RAILROAD PASSENGER                                  :
CORPORATION D/B/A AMTRAK, EMPIRE                             :
STATE DEVELOPMENT CORPORATION,                               :
RELATED CONSTRUCTION LLC, VORNADO                            :
REALTY TRUST, MOYIHAN TRAIN HALL                             :
DEVELOPER LLC, NEW YORK AND NEW                              :
JERSEY PORT AUTHORITY, METROPOLITAN                          :
TRANSPORTATION AUTHORITY,                                    :
METROPOLITAN TRANSPORTATION                                  :
AUTHORITY CONSTRUCTION COMPANY,                              :
CITY OF NEW YORK, NEW YORK CITY                              :
DEPARTMENT OF TRANSPORTATION, NEW                            :
YORK CITY DEPARTMENT OF DESIGN AND                           :
CONSTRUCTION, NEW YORK CITY TRANSIT                          :
AUTHORITY, AND MUNOZ ENGINEERING &                           :
LAND SURVEYING, D.P.C.,                                      :
                                    Defendants.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 12, 2020, the Court adjourned *sine die* the pretrial conference pending Defendant Munoz Engineering & Land Surveying, D.P.C.'s appearance or default in this case; and

       WHEREAS on November 13, 2020, Defendant Munoz Engineering appeared and filed an Answer to Plaintiff's Amended Complaint;

IT IS HEREBY ORDERED that the Court will hold a pretrial conference on **November 20, 2020, at 12:00 p.m.** The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 2085#.

**SO ORDERED.**

**Date: November 16, 2020**
　　　**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**