USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  CHRISTIAN CASTILLO,                                        :
                                                             :
                                       Plaintiff,            :
                                                             :
             -against-                                       :     20-cv-2085 (VEC)
                                                             :
  SKANSKA INC., SKANSKA USA INC.,                            :     ORDER
  SKANSKA MOYNIHAN TRAIN BUILDERS A                          :
  JOINT VENTURE, AMTRAK A/K/A                                :
  NATIONAL RAILROAD PASSENGER                                :
  CORPORATION D/B/A AMTRAK, EMPIRE                           :
  STATE DEVELOPMENT CORPORATION,                             :
  RELATED CONSTRUCTION LLC, VORNADO                          :
  REALTY TRUST, MOYIHAN TRAIN HALL                           :
  DEVELOPER LLC, NEW YORK AND NEW                            :
  JERSEY PORT AUTHORITY, METROPOLITAN                        :
  TRANSPORTATION AUTHORITY,                                  :
  METROPOLITAN TRANSPORTATION                                :
  AUTHORITY CONSTRUCTION COMPANY,                            :
  CITY OF NEW YORK, NEW YORK CITY                            :
  DEPARTMENT OF TRANSPORTATION, NEW                          :
  YORK CITY DEPARTMENT OF DESIGN AND                         :
  CONSTRUCTION, NEW YORK CITY TRANSIT                        :
  AUTHORITY, AND MUNOZ ENGINEERING &                         :
  LAND SURVEYING, D.P.C.,                                    :
                                       Defendants.           :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court scheduled a conference on November 20, 2020 at 12:00 p.m.; and

      WHEREAS that date is no longer convenient for the Court;

      IT IS HEREBY ORDERED that the November 20 conference is ADJOURNED until

**December 4, 2020 at 1:00 p.m.**  The parties may dial-in to the proceeding using (888) 363-4749

// Access code: 3121171# // Security code: 2085#.

**SO ORDERED.**

**Date: November 19, 2020**
        **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**