USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

CHRISTIAN CASTILLO,

                            Plaintiff,

       -against-                         20-cv-2085 (VEC)

SKANSKA INC., SKANSKA USA INC.,             ORDER
SKANSKA MOYNIHAN TRAIN BUILDERS A
JOINT VENTURE, AMTRAK A/K/A
NATIONAL RAILROAD PASSENGER
CORPORATION D/B/A AMTRAK, EMPIRE
STATE DEVELOPMENT CORPORATION,
RELATED CONSTRUCTION LLC, VORNADO
REALTY TRUST, MOYIHAN TRAIN HALL
DEVELOPER LLC, NEW YORK AND NEW
JERSEY PORT AUTHORITY, METROPOLITAN
TRANSPORTATION AUTHORITY,
METROPOLITAN TRANSPORTATION
AUTHORITY CONSTRUCTION COMPANY,
CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, NEW
YORK CITY DEPARTMENT OF DESIGN AND
CONSTRUCTION, NEW YORK CITY TRANSIT
AUTHORITY, AND MUNOZ ENGINEERING &
LAND SURVEYING, D.P.C.,
                           Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Court for a conference on December 4, 2020;

       IT IS HEREBY ORDERED that the deadline for fact discovery is **April 9, 2021**. The deadline for expert discovery is **June 30, 2021**. A pretrial conference is scheduled for **July 9, 2021, at 10:00 a.m.**

       IT IS FURTHER ORDERED that counsel for Defendant Amtrak must submit an update to the Court not later than **December 22, 2020**, concerning Amtrak's involvement in this case.

IT IS FURTHER ORDERED that to the extent the parties are interested, they should submit a letter requesting that the Court refer them for a settlement conference before the Magistrate Judge.

**SO ORDERED.**

_____

**Date:  December 5, 2020**            **VALERIE CAPRONI**
**New York, New York**            **United States District Judge**